*191 606*

*Nunc 9/21/10*

*KLH*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| IN RE: | UNCLAIMED DIVIDENDS FOR<br>DEPOSIT TO REGISTRY FUND |
|---|---|
| DUANE E ENBOM<br>SUSAN M ENBOM<br>Debtor(s) | **CASE NO. BKY 06-41372 NCD** |

Jasmine Z. Keller, Chapter 13 Trustee, reports that distributions to Duane E. Enbom in the amount of $2.00, were unclaimed.

CREDITOR:                                    CLAIM NUMBER:        AMOUNT:
Duane E. Enbom                                                    $2.00
Susan M. Enbom
PO Box 37
Norwood Young America, MN 55368

ACCOUNT NUMBER:
REFUND

**Jasmine Z. Keller, Trustee**

Dated: September 9, 2010

/s/ Jasmine Z. Keller/jj
Jasmine Z. Keller, Trustee

*U.S. BANKRUPTCY COURT MN*
*10 SEP 21 AM 9: 2*
*RECEIVED*

**DISTRIBUTION:**
Original and one copy to Clerk of Court
One copy to United States Trustee